UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LEE VAUGHN, SR.,<br><br>            Plaintiff,<br><br>    v.<br><br>C. WEGMAN, et al.,<br><br>            Defendants. | Case No.: 1:15-cv-01902-JLT (PC)<br><br>ORDER TO PLAINTIFF TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff, seeks to proceed in forma pauperis in this action. However, his application to proceed in forma pauperis did not include plaintiff's required original signature. Each document submitted for filing <u>must</u> include the original signature of the filing party or parties. Local Rule 131; F.R.C.P. 11(a). Accordingly, the Court **ORDERS**:

Within 30 days of the date of service of this order, plaintiff shall re-submit the enclosed application to proceed in forma pauperis, with plaintiff's original signature, or in the alternative, pay the $400.00 filing fee for this action.

**Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

    Dated:   **December 28, 2015**                    **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE