1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ### EASTERN DISTRICT OF CALIFORNIA

10

11 RAY LEE VAUGHN, SR., | **Case No.  1:15-cv-01902-LJO-JLT (PC)**

12         Plaintiff, | **ORDER REQUIRING PLAINTIFF TO PROVIDE**

13 v. | **ADDITIONAL SERVICE INFORMATION FOR DEFENDANT BOWMAN**

14 WEGMAN, et al., | **21-DAY DEADLINE**

15         Defendants.

16

17       Recently, the United States Marshals Service attempted service on defendant Bowman but

18 was unable to complete it.  The Marshals Service has informed the Court that officers were

19 unable to locate contact information for Bowman beyond his past employment with CDCR.

20       Accordingly, **within 21 days** from the date of this order, the Court **ORDERS** Plaintiff to

21 provide additional information as to where Defendant Bowman may be located so that service

22 may be accomplished.  **Plaintiff is informed that his failure to comply with this order will**

23 **result in a recommendation that the matter be dismissed as to Defendant Bowman pursuant**

24 **to Rule 4(m).**

25

26 IT IS SO ORDERED.

27   Dated:  __August 10, 2017__         _____**/s/ Jennifer L. Thurston**

28                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2