# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LEE VAUGHN, Sr, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>WEGMAN, et al., <br><br>　　　　　Defendants. | **Case No. 1:15-cv-01902-LJO-JLT (PC)** <br><br> **ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION FOR DEFENDANT BOWMAN** <br><br> **21-DAY DEADLINE** |

Recently, the United States Marshals Service attempted service on defendant Bowman, using the last known address and phone number defense counsel obtained from the CDCR, but was unable to complete it. The unexecuted summons indicates that defendant Bowman left the state in 2015 and that the phone number provided has been disconnected. Thus, the Marshals' Service is unable to locate contact information for Bowman beyond his past employment with CDCR.

///
///
///
///
///
///

1

Accordingly, **within 21 days** from the date of this order, the Court **ORDERS** Plaintiff to provide additional information as to where Defendant Bowman may be located so that service may be accomplished. **Plaintiff is informed that his failure to comply with this order will result in a recommendation that the matter be dismissed as to Defendant Bowman pursuant to Rule 4(m).**

IT IS SO ORDERED.

Dated: **November 11, 2017**        /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE